MCGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

APR 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:06-sw-027 SMS |
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL SEARCH WARRANT, ) AFFIDAVIT AND APPLICATION |
| 3055 W. McKinley Ave., Apt. 103, Fresno, California, | ) |
| Defendant. | ) |

The search warrant, affidavit and application, having been sealed by Order of this Court, and it appearing that it no longer need remain secret, it is hereby,

ORDERED this 25th day of April, 2006, that the search warrant, affidavit and application, in this case be unsealed and made public record.

DATED: April 26, 2006

_____
Honorable Sandra M. Snyder
United States Magistrate Judge